CORNING (PERRY v.). See Cases Nos. 11,-003 and 11,004.

CORNING (TROY I. & N. FACTORY v.). See Cases Nos 14,195–14,198.

CORNING, The ANGELINA. See Case No. 384.

---

## Case No. 3,247.

### The CORNUBIA.

[Cited in The R. E. Lee, Case No. 11.691. Nowhere reported; opinion not now accessible.]